UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| | § | Civil Action 4:12-cv-01051 |
| v. | § § | |
| ANTHONY J. NOCELLA, ET AL. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that GARDERE WYNNE SEWELL LLP hereby appears as counsel for Defendant Anthony J. Nocella in the above-captioned action. All papers shall be served on the undersigned.

Date: May 2, 2012.

Respectfully submitted,

By: _____
James G. Munisteri
State Bar No. 14667380
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
Email: jmunisteri@gardere.com

ATTORNEYS FOR DEFENDANT
ANTHONY J. NOCELLA

OF COUNSEL:

Thomas Hagemann
State Bar No. 08686800
Orin H. Lewis
State Bar No. 00791110
Marla Thompson Poirot
State Bar No. 00794736
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002
Telephone:  (713) 276-5500
Facsimile:  (713) 276-5555
Email:  thagemann@gardere.com
olewis@gardere.com
mpoirot@gardere.com

## CERTIFICATE OF SERVICE

I, James G. Munisteri, do certify that on this 2nd day of May, 2011, a copy of the foregoing pleading was served on the following parties via the Court's ECF system or via facsimile as indicated below:

Jennifer D. Brandt                             *Via ECF*
Toby M. Galloway
Michael D. King
United States Securities and Exchange Commission
801 Cherry Street, 19th Floor
Fort Worth, Texas 76102
*Attorneys for Plaintiff*

Sam W. Cruse, III                              *Via E-Mail*
Jeffrey C. Kubin
Gibbs & Bruns, LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
*Attorneys for Defendant J. Russell McCann*