UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : Civil Action No.: 4:12-cv-1051 |
| v. | : |
| ANTHONY J. NOCELLA, AND J. RUSSELL MCCANN, | : JURY TRIAL DEMANDED |
| Defendants. | : |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Please take notice that the parties have agreed to settle this matter, subject only to (1) final agreement as to the settlement documents and (2) approval of those documents by the Commission of the SEC.  Because Commission approval can take some time, the parties would jointly ask the Court to take all dates and deadlines in this matter off calendar and will notify the Court when approval has been received.  If approval has not been received within three months (by January 7, 2015), the parties will provide a status report to the Court.

Respectfully submitted,

By:   /s/ James G. Munisteri
    James G. Munisteri
    State Bar No. 14667380
    Email:  jmunisteri@gardere.com
    Thomas A. Hagemann
    State Bar No. 08686800
    Email:  thagemann@gardere.com
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas  77002
Telephone:    (713) 276-5500
Facsimile:    (713) 276-5555

ATTORNEYS FOR DEFENDANT
ANTHONY J. NOCELLA

OF COUNSEL:

Orin H. Lewis
State Bar No. 00791110
Marla Thompson Poirot
State Bar No. 00794736
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas  77002
Telephone:     (713) 276-5500
Facsimile:      (713) 276-5555
Email:            olewis@gardere.com
                       mpoirot@gardere.com

## CERTIFICATE OF SERVICE

I, James G. Munisteri, do certify that on this 7th day of October, 2014, a copy of the foregoing pleading was served on the following parties via email:

Jennifer D. Brandt
United States Securities and Exchange Commission
801 Cherry Street, 19th Floor
Fort Worth, Texas  76102
*Attorneys for Plaintiff*

Sam W. Cruse, III
Jeffrey C. Kubin
Gibbs & Bruns, LLP
1100 Louisiana, Suite 5300
Houston, Texas  77002
*Attorneys for Defendant J. Russell McCann*

    /s/ James G. Munisteri
James G. Munisteri