UNITED STATES DISTRICT COURT  　　　SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Securities and Exchange Commission, § <br> § <br> Plaintiff, § <br> § <br> versus § <br> § <br> Anthony J. Nocella, et al., § <br> § <br> Defendants. § | Civil Action H-12-1051 |

## Conditional Dismissal

1. Having been advised that a settlement has been reached, the court dismisses this case with prejudice except that the parties may move for reinstatement by January 12, 2015, only because approval of the settlement could not be obtained from the Commission.

2. This court retains jurisdiction to enforce the settlement.

Signed on October 7, 2014, at Houston, Texas.

Lynn N. Hughes  
United States District Judge