IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § Plaintiff, § § vs. § § ANTHONY J. NOCELLA and § J. RUSSELL MCCANN, § § Defendants. § § | Civil Action No.: 4:12-cv-1051 ECF |

## AGREED MOTION TO ENTER AGREED FINAL JUDGMENT

Plaintiff Securities and Exchange Commission ("Commission") submits this Agreed Motion to Enter Agreed Final Judgment as to Defendants Anthony J. Nocella and J. Russell McCann ("Defendants") in this cause and would show the Court as follows:

1. The Commission filed this case on April 5, 2012 alleging the Defendants had engaged in various violations of the federal securities laws.

2. The Commission has reached an agreement with each Defendant to settle all claims in this litigation.

3. Each Defendant executed a Consent to the Agreed Final Judgment. Defendants' signed Consents are attached as Exhibits A and B, and the proposed Agreed Final Judgment is attached as Exhibit C.

WHEREFORE, the Commission respectfully requests that the Court enter the Proposed Agreed Final Judgment.

Dated: October 2, 2015                    Respectfully submitted,

                                                          */s/ Jennifer D. Brandt*
                                                          Jennifer D. Brandt
                                                          Texas Bar No. 00796242
                                                          United States Securities and Exchange Commission
                                                          801 Cherry Street, 19th Floor
                                                          Fort Worth, TX 76102
                                                          Phone: (817) 978-6442 (jb)
                                                          Fax: (817) 978-4927
                                                          *brandtj@sec.gov*
                                                          ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

     I affirm that on October 2, 2015, I electronically filed the foregoing document with the Clerk of the Court for the Southern District of Texas, Houston Division, and have served all counsel in accordance with Fed. R. Civ. P. 5(b)(2).

                                                          */s/ Jennifer D. Brandt*
                                                          Jennifer D. Brandt