IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff, | § § | Civil Action No.: 4:12-cv-1051 ECF |
| vs. | § § | |
| ANTHONY J. NOCELLA, and J. RUSSELL MCCANN | § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

It is Ordered that:

1. Without admitting or denying the allegations of the Complaint (except as to personal jurisdiction and subject matter jurisdiction), Anthony J. Nocella and J. Russell McCann are enjoined from aiding and abetting future violations of Sections 13(a), 13(b)(2)(A), and 13(b)(2)(B) of the Exchange Act of 1934 and Rules 12b-20, 13a-11, and 13a-13 thereunder;

2. Each Defendant shall pay disgorgement of $10,000, plus prejudgment interest thereon in the amount of $803.20, for a total of $10,803.20.

3. Each Defendant's executed Consent is incorporated into this Final Judgment as if set forth verbatim herein.

4. All relief not expressly granted in this Final Judgment is denied.

5. This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Signed on  Oct 5 , at Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE